■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v TEHRON SIMS, Appellant. [971 NYS2d 476]—Appeal by the defend-

ant, as limited by his motion, from a sentence of the County Court, Suffolk County (Efman, J.), imposed June 15, 2011, on the ground that the sentence was excessive.

Ordered that the sentence is affirmed.

The defendant's valid waiver of his right to appeal precludes appellate review of his claim that his sentence was excessive (*see People v Ramos*, 7 NY3d 737, 738 [2006]; *People v Lopez*, 6 NY3d 248 [2006]). Eng, P.J., Dillon, Chambers and Austin, JJ., concur.